

```
____FILED        ____RECEIVED
____ENTERED      ____SERVED ON
                 COUNSEL/PARTIES OF RECORD

        JUL 29 2014

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| IN THE MATTER OF THE PARTIAL REPORTS OF THE SPECIAL GRAND JURY THE **May 22, 2013** TERM. **13-02** | **MINUTES OF COURT** <br> DATE: <u>July 29, 2014 @ 1:17 PM – 1:20 PM</u> |
|---|---|

PRESENT:   The Honorable   <u>Peggy A. Leen</u>   , U.S. Magistrate Judge.

DEPUTY CLERK:   <u>Joan Quiros</u>       REPORTER:   <u>Glorious Fealing</u>

UNITED STATES ATTORNEY:   <u>Robert Knief</u>     COURTROOM:   <u>3B</u>

A roll call of the Grand Jury is taken with **21** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **0** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants issue where indicated.

| 2:14-CR-249 | **WEI SENG PHUA** | **SUMMONS** |
|---|---|---|
| **(2:14-mj-466-CWH)** | **DARREN WAI KIT PHUA** | **SUMMONS** |
| | **SENG CHEN YONG** | **CUSTODY** |
| | **WAI KIN YONG** | **CUSTODY** |
| | **HUI TANG** | **CUSTODY** |
| | **YAN ZHANG** | **CUSTODY** |
| | **YUNG KEUNG FAN** | **CUSTODY** |
| | **HERMAN CHUN SANG YEUNG** <br> **(Defendants in Custody are in Local Federal Custody)** | **CUSTODY** |
| 2:14-CR-250 | **HAMILTON HEE** | **WARRANT** |
| | **VANESSA SICILIANO** | **WARRANT** |

**IT IS ORDERED** that the Arraignment & Plea as to: **2:14-CR-249** will be held on **Thursday, August 7, 2014 @ 3:00 pm** before **MAGISTRATE JUDGE CAM FERENBACH in Courtroom 3D.**

**IT IS FURTHER ORDERED** that the Arraignment and Plea as to the remaining cases will be held at the time of the Initial Appearance.

                              LANCE S. WILSON, Clerk
                              United States District Court

                              /S/ Joan Quiros

                              Deputy Clerk