1  DAVID Z. CHESNOFF, ESQ.
   Nevada Bar No. 2292
2  RICHARD A. SCHONFELD
   Nevada Bar No. 6815
3  CHESNOFF & SCHONFELD
4  520 South Fourth Street
   Las Vegas, Nevada 89101
5  Telephone: (702)384-5563
6  Attorney for Defendants,
   *Wei Seng Phua and Darren Wai Kit Phua*
7

8

9                    UNITED STATES DISTRICT COURT
10                        DISTRICT OF NEVADA

11  UNITED STATES OF AMERICA        )
12                                  )
              Plaintiff,            )
13                                  )
14  v.                              )   2:14-CR-249-APG-PAL
                                    )
15  WEI SENG PHUA,                  )
    DARREN WAI KIT PHUA             )
16                                  )
17                                  )   STIPULATION TO CONTINUE
              Defendant.            )   ARRAIGNMENT/PLEA HEARING
18                                  )   AND PROPOSED ORDER
19                                  )

20                            **STIPULATION**
21

22      **IT IS HEREBY STIPULATED and AGREED** by and between Kimberly Frayn, Assistant
23
    United States Attorney, David Z. Chesnoff attorney for Defendant Wei Seng Phua and Richard A.
24
    Schonfeld attorney for Defendant Darren Wai Kit Phua  that the arraignment date of Thursday,
25
26  August 7th , 2014, at 3:00 p.m. be advanced to Tuesday, August 5th, 2013, at 3:00 p.m. or until a date
27  and time more convenient to this Honorable Court.
28
    / / /

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant Wei Seng Phua is traveling;

2. Assistant United States Attorney, Kimberly M. Frayn, does not oppose the continuance;

DATED this 31ST of August, 2014.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ Kimberly M. Frayn<br>KIMBERLY M. FRAYN, AUSA<br>333 Las Vegas Blvd. S.<br>Suite 5000<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff | /s/ David Chesnoff<br>DAVID Z. CHESNOFF, ESQ.<br>Nevada Bar No. 2292<br>520 South Fourth Street<br>Las Vegas, Nevada 89101<br>Attorney for Defendant<br>Wei Seng Phua |

**CHESNOFF & SCHONFELD**

/s/ Richard Schonfeld
RICHARD A. SCHONFELD
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant
Darren Wai Kit Phua

DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendants,
*Wei Seng Phua and Darren Wai Kit Phua*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:14-CR-249-APG-PAL |
| ) | |
| WEI SENG PHUA, ) | |
| DARREN WAI KIT PHUA ) | STIPULATION TO CONTINUE |
| ) | ARRAIGNMENT/PLEA HEARING |
| ) | AND PROPOSED ORDER |
| Defendant. ) | |

### FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant Wei Seng Phua is traveling;

2. Assistant United States Attorney, Kimberly M. Frayn, does not oppose the continuance;

3

## ORDER

**IT IS HEREBY ORDERED** that the Arraignment Date of August 7, 2014, for Defendants WEI SENG PHUA and DARREN WAI KIT PHUA, be vacated and reset to the _____ day of _____, 2014, at the hour of _____, ___.m.,

DATED this ___ day of _____, 2014.

_____
**THE HONORABLE CAM FARENBACH**
**UNITED STATES DISTRICT JUDGE**

Submitted by:
/s/ David Z. Chesnoff
**DAVID Z. CHESNOFF, ESQ.**
Attorney for Defendant, Wei Seng Phua