**THOMAS C. GOLDSTEIN, ESQ.**
*Pro Hac Vice*
Goldstein & Russell, P.C.
7475 Wisconsin Avenue, Suite 850
Bethesda, MD 20814
Telephone: (202)362-0636
Attorney for Defendant *Darren Wai Kit Phua*

**DAVID Z. CHESNOFF, ESQ.**
Nevada Bar No. 2292
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
Attorney for Defendant *Wei Seng Phua*

**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
Attorney for Defendant *Darren Wai Kit Phua*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:14-CR-249-APG-PAL |
| vs. | |
| WEI SENG "PAUL" PHUA, DARREN WAI KIT PHUA, | |
| Defendants. | |

**JOINT APPLICATION FOR AN AMENDED SUBPOENA *DUCES TECUM* TO CENTURYLINK**

COMES NOW, WEI SENG PHUA (hereinafter "Paul"), by and through his attorney, DAVID Z. CHESNOFF, ESQ., and DARREN WAI KIT PHUA (hereinafter "Darren"), by and through his attorneys THOMAS C. GOLDSTEIN, ESQ., and RICHARD A. SCHONFELD, ESQ., and submit the following Joint Application for an Amended Subpoena *Duces Tecum* to CenturyLink.

1

## MEMORANDUM OF POINTS AND AUTHORITIES

**A.  This Honorable Court Should issue an Amended Subpoena Duces Tecum to CenturyLink**

On September 30 2014, this Honorable Court granted Defendants' Joint Application for a Subpoena Duces Tecum to be issued to CenturyLink. Dkt #188. Said subpoena was personally served on CenturyLink's registered agent. Since being served, counsel for CenturyLink has communicated with the undersigned counsel. Counsel for CenturyLink and the moving Defendants have mutually agreed to narrow the subpoena. As such, Defendants are requesting that this Honorable Court re-issue an amended subpoena requiring CenturyLink to produce the following:

> Any records relating to ordering, installation, activation, support, or interruption of (702) 731-9607, (702) 731-0436, (702) 733-6934, and (702) 836-3281, and/or their DSL service. The requested records are limited to the period of June 1, 2014 to July 10, 2014.

A draft subpoena is attached hereto as Exhibit 1. Defendants request that CenturyLink produce the aforementioned records by October 15, 2014. *See id.*

Defendants incorporate by reference, as though fully set forth herein, Docket #183 and #188.

Dated this 9th of October, 2014.

Respectfully submitted:

/s/
DAVID Z. CHESNOFF, ESQ.
Attorney for Paul Phua

/s/
THOMAS C. GOLDSTEIN, ESQ.
RICHARD A. SCHONFELD, ESQ.
Attorneys for Darren Phua

IT IS SO ORDERED this 14th day of October, 2014.

Peggy A. Leen
United States Magistrate Judge

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing was served on the 9th day of October, 2014, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list. A copy of the foregoing was also sent via email to counsel for CenturyLink: Christine.Searls@CenturyLink.com

/s/ Rosemary Reyes
An employee of Chesnoff & Schofield