**DAVID Z. CHESNOFF, ESQ.**
Nevada Bar No. 2292
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *WEI SENG PHUA*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WEI SENG PHUA, DARREN WAI ) <br> KIT PHUA, SENG CHEN YONG, ) <br> WAI KIN YONG, HUI TANG, ) <br> YAN ZHANG, YUNG KEUNG FAN ) <br> HERMAN CHUN SANG YEUNG, ) <br> ) <br> Defendant. ) <br> ) | 2:14-CR-00249-APG-PAL <br><br> AMENDED STIPULATION TO CONTINUE DEFENDANTS' MOTION TO SUPPRESS |

## STIPULATION

**IT IS HEREBY STIPULATED and AGREED** by and between Kimberly M. Frayn, Assistant United States Attorney, David Z. Chesnoff, Esq., attorney for Wei Seng Phua, Richard A. Schonfeld, Esq., attorney for Darren Wai Kit Phua, Michael Pancer, Esq., attorney for Defendant Seng Chen Yong and Wai Kin Yong, Andrew M. Lankler, Esq., attorney for Defendant Hui Tang, Thomas F. Pitaro, Esq., attorney for Defendant Yan Zhang, Chris T. Rasmussen, Esq., attorney for Defendant Yung Keung Fan, John V. Spilotro, Esq., attorney for Defendant Herman Chun Sang Yeung, that the previously ordered deadline for filing of Defendants' Motions to Suppress be vacated and that the parties shall have to and including October 27, 2014, within which to file the

Defendants' Suppression motions currently due October 17, 2014 (a Stipulation was previously filed, Docket 216, requesting October 21, 2014 as a deadline, that Stipulation would be withdrawn as a result of this Stipulation).

All other deadlines shall remain the same.

This Stipulation is entered into for the following reasons:

1. Assistant United States Attorney Kimberly Frayn is starting a trial that is anticipated to last the week of October 20, 2014. The government has been provided drafts of the Motions to Suppress by the Defendants and has requested additional time before the Defendants file said Motions, in order to provide the United States Attorney's office additional time to analyze the issues raised therein;

2. The Government and the Defendants have no objection to the continuance;

3. All deadlines for responses and replies will remain as previously Ordered and the hearing date will also remain as previously scheduled.

**DATED** this 17th of October, 2014.

| | |
|---|---|
| **UNITED STATES ATTORNEY** | **CHESNOFF & SCHONFELD** |
| /s/ Kimberly M. Frayn | /s/ David Z. Chesnoff |
| **KIMBERLY M. FRAYN, AUSA** | **DAVID Z. CHESNOFF, ESQ.** |
| 333 Las Vegas Blvd. S. | Nevada Bar No. 2292 |
| Las Vegas, Nevada 89101 | 520 South Fourth Street |
| Attorney for Plaintiff | Las Vegas, Nevada 89101 |
| | Attorney for Defendant, Wei Seng Phua |

| | |
|---|---|
| **CHESNOFF & SCHONFELD** | **LAW OFFICES OF MICHAEL PANCER** |
| /s/ Richard A. Schonfeld | /s/ Michael Pancer |
| RICHARD A. SCHONFELD, ESQ.<br>Nevada Bar No. 6815<br>520 South Fourth Street<br>Las Vegas, Nevada 89101<br>Attorney for Defendant,<br>Darren Wai Kit Phua | MICHAEL PANCER, ESQ.<br>105 W. F. Street<br>San Diego, CA 92101<br>**DAVID T. BROWN, ESQ.**<br>520 South Fourth Street<br>Las Vegas, NV 89101<br>**Attorneys for Defendants,**<br>**Seng Chen Yong and Wai Kin Yong** |
| **BAKER BOTTS L.L.P.** | **THOMAS F. PITARO** |
| /s/ Andrew M. Lankler | /s/ Thomas F. Pitaro |
| ANDREW M. LANKLER, ESQ.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Attorney for Defendant, Hui Tang | THOMAS F. PITARO, ESQ.<br>1212 S. Casino Center Blvd.<br>Las Vegas, NV 89101<br>Attorney for Defendant, Yan Zhang |
| **SPILOTRO & KULLA** | **RASMUSSEN & KANG LLC** |
| /s/ John V. Spilotro | /s/ Chris T. Rasmussen |
| 626 S. Third Street<br>Las Vegas, Nevada 89101<br>Attorney for Defendant,<br>Herman Chun Sang Yeung | **CHRIS T. RASMUSSEN, ESQ.**<br>330 S. Third Street<br>Ste. 1010<br>Las Vegas, NV 89101<br>Attorney for Defendant, Yung Keung Fan |

**DAVID Z. CHESNOFF, ESQ.**
Nevada Bar No. 2292
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *Wei Seng Phua*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:14-CR-00249-APG-PAL |
| ) | |
| WEI SENG PHUA, DARREN WAI ) | STIPULATION TO CONTINUE |
| KIT PHUA, SENG CHEN YONG, ) | PRETRIAL MOTION DEADLINES AND |
| WAI KIN YONG, HUI TANG, ) | TRIAL DATE AND PROPOSED |
| YAN ZHANG, YUNG KEUNG FAN ) | ORDER |
| HERMAN CHUN SANG YEUNG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Assistant United States Attorney Kimberly Frayn is starting a trial that is anticipated to last the week of October 20, 2014. The government has been provided drafts of the Motions to Suppress by the Defendants and has requested additional time before the Defendants file said Motions, in order to provide the United States Attorney's office additional time to analyze the issues raised therein;

2. The Government and the Defendants have no objection to the continuance;

3. All deadlines for responses and replies will remain as previously Ordered and the hearing date will also remain as previously scheduled.

**ORDER**

**IT IS HEREBY ORDERED** that the parties herein shall be have to and including October 27, 2014, to file any and all Motions to Suppress.

**IT IS FURTHER ORDERED** that all other deadlines and hearing dates shall stand.

**DATED** this 20 day of October, 2014.

_____
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

/s/ David Z. Chesnoff
**DAVID Z. CHESNOFF, ESQ.**
Attorney for Defendant, Wei Seng Phua