# EXHIBIT 1

# AFFIDAVIT OF WEI SENG PHUA

State of Nevada      )
                     ) ss
County of Clark      )

I, Wei Seng Phua, being first duly sworn hereby depose and state as follows:

1. I am making this Affidavit of my own free will.

2. I am a Malaysian citizen who was residing in Villa 8882 at Caesar's Palace on July 9, 2014, with my son Darren. My permanent home is in Malaysia.

3. On that date, a large number of agents, all of whom were armed, entered Villa 8882 at approximately 2:50 pm. Two of the agents had assault rifles, and two agents pointed their guns at the people in the Villa.

4. The first agent I saw pointed a machine gun at me and shouted, "Put your f*ing hands up." Everyone in the Villa was handcuffed, herded into the dining room, and told to get on our knees and face the wall. After about a half hour, we were allowed to get off our knees and sit on chairs, but we were kept handcuffed.

5. Afterwards, a Homeland Security agent grabbed me by the arm and took me into the bedroom, still handcuffed. I was isolated from the others who were in the Villa, including my son.

6. I was later taken to the living room, still handcuffed. On the way to the living room, I saw my son, who was also in handcuffs but was unable to speak to him.

7. I was never told that I was free to leave or that I had a right to consult with counsel and have counsel present during the interrogation. I was interrogated primarily by Agent Pham Minh, but two additional agents were present for portions of the interview and also asked questions. The agents asked me if I was engaged in sports betting and told me that it was illegal to bet outside a licensed sports book. Agent Minh pointed out that my Skype showed betting.

8. The interrogation continued for about three hours, and I remained handcuffed the entire time. I remained handcuffed until the agents left the Villa. At no point was I informed that there was an attorney on the premises who wished to speak with me.

9. When I had to use the bathroom, I was escorted by an agent who remained at the door while I used the facilities. I remained handcuffed.

10. At one point toward the end of the interrogation, Agent Minh asked me if I had an attorney. I initially said that I did not, but then said that if someone who had been at the Villa had called an attorney for me, I would like to speak with the attorney. The agents continued to question me for about fifteen minutes, until another agent entered and advised the agents to stop questioning me. I remained handcuffed for about another two hours after the interrogation

1   ceased.

2   10.   At no time did I feel that I was free to stop answering the agents' questions and terminate the
3   interview, nor did I ever feel that I was free to leave. Under all the circumstances, I felt
    compelled to answer the agents' questions. Malaysian citizens confronted by police
4   interrogation generally feel compelled to submit to the show of authority and respond to
5   interrogation.

Further Affiant Sayeth Naught.

_____
WEI SENG PHUA

Subscribed and Sworn to before me
this _15_ day of _Oct_, 2014.

_____
Notary Public in and for said State and County



NOTARY PUBLIC
ROSEMARY REYES
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. MAR. 12, 2017
No: 05-97235-1

2