1
2
3
4
5
6      UNITED STATES DISTRICT COURT
        DISTRICT OF NEVADA
7
8                                                    )   Case #2:14-cr-00249-APG-PAL
9   United States of America                         )
                                                     )
10              Plaintiff(s),                        )   **VERIFIED PETITION FOR**
                                                     )   **PERMISSION TO PRACTICE**
                                                     )   **IN THIS CASE ONLY BY**
11      vs.                                          )   **ATTORNEY NOT ADMITTED**
                                                     )   **TO THE BAR OF THIS COURT**
12   Wei Seng Phua, et al.,                          )   **AND DESIGNATION OF**
                                                     )   **LOCAL COUNSEL**
13                                                   )
              Defendant(s).                          )
14   _____)            FILING FEE IS $200.00
15

16          _____Edward R. McNicholas_____, Petitioner, respectfully represents to the Court:
                      (name of petitioner)
17
            1.      That Petitioner is an attorney at law and a member of the law firm of
18
                                    Sidley Austin LLP
19   _____
                                       (firm name)
20   with offices at _____1501 K Street, N.W._____,
                                              (street address)
21
          Washington              ,    District of Columbia        ,       20005        ,
22   _____ _____ _____
             (city)                        (state)                        (zip code)
23         202-736-8000          ,    emcnicholas@sidley.com              .
     _____ _____
24    (area code + telephone number)         (Email address)

25          2.      That Petitioner has been retained personally or as a member of the law firm by
     __Center for Democracy & Technology (CDT)__ to provide legal representation in connection with
26              [client(s)]
27   the above-entitled case now pending before this Court.

28                                                                                  Rev. 8/14

3. That since __August 7, 1998__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __District of Columbia__
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals for the First Circuit | December 1, 2005 | 109540 |
| U.S. Court of Appeals for the Second Circuit | December 14, 2005 | N/A |
| U.S. Court of Appeals for the Fourth Circuit | June 4, 1997 | N/A |
| U.S. Court of Appeals for the Fifth Circuit | December 31, 1998 | N/A |
| U.S. Court of Appeals for the Sixth Circuit | December 31, 2006 | N/A |
| U.S. Court of Appeals for the Ninth Circuit | December 31, 2002 | N/A |
| See additional page | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 8/14

Further answer to Question 4

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals for the Tenth Circuit | June 19, 2008 | N/A |
| U.S. Court of Appeals for the D.C. Circuit | December 31, 2002 | N/A |
| U.S. District Court for the Central District of Illinois | December 31, 2007 | N/A |
| U.S. District Court for the District of Columbia | December 31, 1999 | N/A |
| U.S. District Court for the District of Maryland | December 30, 1997 | N/A |
| U.S. District Court for the Eastern District of Michigan | December 31, 2004 | N/A |
| United States Supreme Court | December 31, 2004 | N/A |

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Maryland Bar Association
District of Columbia Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 8/14

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  District of Columbia  )
)
COUNTY OF  District of Columbia  )

Edward M cNicholas, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

3rd day of November, 2014.

_____
Notary Public or Clerk of Court

DISTRICT OF COLUMBIA: ss
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 3rd DAY OF Nov., '14.

Teresa CS Williams
NOTARY PUBLIC
My Commission Expires June 30, 2018

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Steve Guinn_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____9600 Gateway Drive_____,
(street address)

__Reno__ , __Nevada__ , __89521__ ,
(city)       (state)       (zip code)

__775-322-1170__ , __sguinn@laxalt-nomura.com__ .
(area code + telephone number)    (Email address)

4

Rev. 8/14

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Steve Guinn_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Nuala O'Connor, President and CEO, CDT
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5341                sguinn@laxalt-nomura.com
Bar number          Email address

APPROVED:

Dated: November 4, 2014.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 8/14

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the eighteenth day of December, 1996,

### Edward Robert McNicholas

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fifteenth day of October, 2014.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland