DANIEL G. BOGDEN
United States Attorney
KIMBERLY M. FRAYN
PHILLIP N. SMITH, JR.
Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6418

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**-oOo-**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WEI SENG PHUA, et al.<br><br>Defendants. | 2:14-cr-00249-APG-PAL<br><br>GOVERNMENT'S OMNIBUS REDACTED EXHIBITS PART 4 FILED IN SUPPORT OF ITS OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS SEARCH and OPPOSITION TO DEFENDANTS' *FRANKS* MOTION |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and KIMBERLY M. FRAYN, and PHILLIP N. SMITH, JR., Assistant United States Attorneys, and files this OMNIBUS REDACTED EXHIBITS PART 4 FILED IN SUPPORT OF ITS OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS SEARCH and ITS OPPOSITION TO DEFENDANTS' *FRANKS* MOTION consisting of Government's Exhibits 28B to 51.

DATED this 10th day of November, 2014.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_____//s//_____
KIMBERLY M. FRAYN
PHILLIP N. SMITH, JR.
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has served counsel for Defendants with the foregoing by means of electronic filing.

DATED:  November 10, 2014.

/s/<br>
KIMBERLY M. FRAYN<br>
Assistant United States Attorney