DANIEL G. BOGDEN
United States Attorney
KIMBERLY M. FRAYN
PHILLIP N. SMITH, JR.
Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6418

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WEI SENG PHUA, et al.,<br><br>Defendants. | 2:14-cr-00249-APG-PAL<br><br>MOTION FOR LEAVE TO FILE RESPOSE TO DEFENDANTS' JOINT MOTION TO SUPPRESS PURSUANT TO FRANKS v. DELAWARE (Doc. # 232) |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and Kimberly M. Fray and Phillip N. Smith, Jr., Assistant United States Attorneys, and respectfully files this *Motion for Leave to File a Response to Defendants' Joint Motion to Suppress* (Doc. #232) *Pursant to Franks v. Delaware in Excess of 30 pages*. The response was due on November 7, 2014, however, we were unable to file the instant motion due to the CM/ECF system being down the evening of November 7, 2014. Defense counsel has no opposition to the late filing.

Pursuant to Local Rule 47-7, unless otherwise ordered by the Court, responses to motions shall be limited to thirty pages. The Government seeks leave to file its response to Defendants' *Joint Motion to Suppress* (Doc. #232) *Pursant to Franks v. Delaware* in excess of the thirty-page limit to properly respond to the arguments contained in the motion.

1

The Government anticipates that its response, including the table of authorities, table of contents, and the certificate of service, will only exceed the 30 page limit by approximately 23 pages.[1] The Government will provide a courtesy copy of the extended Objections to the Court.

Wherefore, based on the aforementioned information, the Government respectfully requests that this Court grant its *Motion for Leave to File a Response to Defendants' Joint Motion to Suppress* (Doc. #232) *Pursant to Franks v. Delaware in Excess of 30 pages.*

DATED this 10th day of November, 2014.

                                              Respectfully Submitted,

                                              DANIEL G. BOGDEN
                                              United States Attorney

                                              */s/*
                                              KIMBERLY M. FRAYN
                                              PHILLIP N. SMITH, JR.
                                              Assistant United States Attorneys

---

[1] This page count excludes exhibits.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-cr-00249-APG-PAL |
| Plaintiff, ) | ORDER |
| vs. ) | |
| WEI SENG PHUA, et al., ) | |
| Defendants. ) | |

The Court finding good cause and based on upon the information provided in the Government's motion the Court hereby:

____**GRANTS**____ (Grants/Denies) the *Motion for Leave to File a Response to Defendants' Joint Motion to Suppress* (Doc. #232) *Pursant to Franks v. Delaware in Excess of 30 pages.*

Dated this 17th day of November, 2014.

_____
HONORABLE PEGGY A. LEEN
United States Magistrate Judge

3