DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *WEI SENG PHUA*

THOMAS C. GOLDSTEIN, ESQ.
*Pro Hac Vice*
Goldstein & Russell, P.C.
7475 Wisconsin Avenue, Suite 850
Bethesda, MD 20814
Telephone: (202)362-0636
Attorney for Defendant *WEI SENG PHUA*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 2:14-CR-249-APG-PAL |
| vs. | ) |
| WEI SENG PHUA, | ) |
| Defendant. | ) |

STIPULATION AND [PROPOSED ORDER] TO MODIFY CONDITIONS OF PRETRIAL RELEASE AS TO DEFENDANT WEI SENG PHUA

**IT IS HEREBY STIPULATED and AGREED** by and between Daniel G. Bogden, United States Attorney, Kimberly M. Frayn, Assistant United States Attorney and David Z. Chesnoff, Esq., Richard A. Schonfeld, Esq., and Thomas C. Goldstein, Esq., counsel for Defendant Wei Seng Phua, that Mr. Phua's Pretrial Release conditions be modified as follows:

1. That the previously imposed condition that the Defendant be monitored by a third party custodian be removed;

2. That the previously imposed condition that Defendant abide by a curfew be removed;

3. That the previously imposed condition barring the Defendant from entering a gaming establishment be modified so that the Defendant is permitted to enter gaming establishments, provided that he does not engage in gambling activity therein;

It is further agreed between the parties that this Stipulation does not prevent or impact Mr. Phua's ability to continue to pursue his Motion to Modify Conditions of Release Dkt 413.

This Stipulation is entered into by the United States and the Defendant in conjunction with the Stipulation to Continue the April 13, 2015 trial.

**DATED** this 13th day of March, 2015.

| | |
|---|---|
| **CHESNOFF & SCHONFELD** | **GOLDSTEIN & RUSSELL** |
| /s/ David Z. Chesnoff | /s/ Thomas C. Goldstein |
| **DAVID Z. CHESNOFF, ESQ.** | **THOMAS C. GOLDSTEIN, ESQ.** |
| Nevada Bar No. 2292 | *Pro Hac Vice* |
| **RICHARD A. SCHONFELD, ESQ.** | 7475 Wisconsin Ave. |
| Nevada Bar No. 6815 | Bethesda, MD 20814 |
| 520 South Fourth Street | Attorney for Wei Seng Phua |
| Las Vegas, Nevada 89101 | |
| Attorney for Wei Seng Phua | |

**UNITED STATES ATTORNEY**

/s/ Cristina Silva
**CRISTINA SILVA, ESQ.**
Assistant United States Attorney
333 Las Vegas Boulevard South, 5000
Las Vegas, Nevada 89101

# ORDER

The matter having come before the court on the stipulation of the parties with no objection from Pretrial Services, and good cause appearing, the Stipulation to Modify Conditions of Pretrial Release is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendant Wei Seng Phua's Pretrial Release conditions shall be modified as follows:

1. That the previously imposed condition that the Defendant be monitored by a third party custodian be removed;

2. That the previously imposed condition that Defendant abide by a curfew be removed;

3. That the previously imposed condition barring the Defendant from entering a gaming establishment be modified so that the Defendant is permitted to enter gaming establishments, provided that he does not engage in gambling activity therein;

DATED: March 16, 2015

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**CHESNOFF & SCHONFELD**

/s/
_____
DAVID Z. CHESNOFF, ESQ.
RICHARD A. SCHONFELD, ESQ.

**GOLDSTEIN & RUSSELL**

/s/
_____
THOMAS C. GOLDSTEIN, ESQ.