UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00249-APG-PAL |
|---|---|
| Plaintiff, | **ORDER ON OBJECTIONS TO REPORT OF FINDINGS AND RECOMMENDATION** |
| v. | |
| WEI SENG PHUA, *et al.*, | (Dkt. #344, #397, #416) |
| Defendants. | |

Defendant Wei Seng Phua objects (Dkt. #416) to Magistrate Judge Leen's Order on his motion to compel (Dkt. #344). Phua seeks production of all prior drafts of a search warrant affidavit and any email communications regarding preparation of the drafts. Following an *in camera* review of the requested material, Judge Leen denied the motion. (Dkt. #397.) On March 4, 2015, Phua indicated:

> it is sufficient for this Honorable Court (like Magistrate Judge Leen) to review the drafts *in camera* as well. If it then determines the drafts are relevant to the pending motions to suppress, it can order disclosure at that time. Beyond that, the Defendants do not believe that further action will be required with respect to the drafts.

(Dkt. #433 at 4.)

I have conducted an *in camera* review of the draft warrant affidavits and related emails and I decline to order disclosure in relation to the motions to suppress. I have already granted Phua's motions to suppress. Nothing in the draft warrants or emails would alter that analysis.

IT IS THEREFORE ORDERED that Phua's motion to compel (Dkt. #344) is denied and his objections (Dkt. #416) to Judge Leen's order (Dkt. #397) are overruled.

DATED this 17th day of April, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE