DANIEL G. BOGDEN
United States Attorney
KIMBERLY FRAYN
PHILLIP N. SMITH, JR.
CRISTINA D. SILVA
Assistant United States Attorneys
Lloyd D. George United States Courthouse
333 Las Vegas Blvd. South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6300 / Fax: (702) 388-6698

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                                                          )  Case No.: 2:14-CR-00249-APG-PAL
         Plaintiff,          )
                                                        )
    vs.                                            )  **STIPULATION TO CONTINUE**
                                                          )  **RESPONSE DEADLINE** (Doc. #478 and
                                                          )  #480)
WEI SENG PHUA,                   )
                                                          )
         Defendant.        )
                                                          )

IT IS HEREBY STIPULATED and AGREED by and between Cristina D. Silva, Kimberly Frayn, and Phillip N. Smith, Jr., Assistant United States Attorneys, and David Z. Chesnoff, Esq., Richard A. Schonfeld, Esq., and Thomas Goldstein, Esq., attorneys for Wei Seng Phua, that the previously ordered deadline for filing of Government's Response to Defendant's Motion to Suppress (Doc. #480) and Motion for Bill of Particulars (Doc. #478) be vacated and that the Government shall have to and including May 12, 2015 within which to file its responses to the Motions, and the Defendant shall have until May 19, 2015 to file any replies to the Government's Opposition. All other deadlines shall remain the same.

The parties enter into this stipulation for the following reasons:

1. On May 10, 2015, AUSA Cristina D. Silva encountered unexpected health issues. After a visit to the Emergency Room, she was ordered to stay home through May 11, 2015.

1

2. AUSA Kimberly Frayn is out of the District.

3. In light of above, the Defendant's attorneys, David Z. Chesnoff, Esq., Richard A. Schonfeld, Esq., and Thomas Goldstein, Esq., have no objection to the one-day extension.

4. The Defendant, Wei Seng Phua, is out of custody and does not have an objection.

Respectfully submitted this 10th day of May, 2015.

DANIEL G. BOGDEN
United States Attorney

    //s//                                        //s//
DAVID Z. CHESNOFF, ESQ.          CRISTINA D. SILVA
RICHARD A. SCHONFELD, ESQ.    KIMBERLY FRAYN
THOMAS GOLDSTEIN, ESQ.         PHILLIP N. SMITH, JR.
Attorneys for Defendant, Wei Seng Phua   Assistant United States Attorneys

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:14-CR-00249-APG-PAL |
| vs. | ) ORDER |
| WEI SENG PHUA, | ) |
| Defendant. | ) |

**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On May 10, 2015, AUSA Cristina D. Silva encountered unexpected health issues. After a visit to the Emergency Room, she was ordered to stay home through May 11, 2015.
2. AUSA Kimberly Frayn is out of the District.
3. The Defendant's attorneys, David Z. Chesnoff, Esq., Richard A. Schonfeld, Esq., and Thomas Goldstein, Esq., have no objection to the one-day extension.
4. The defendant, Wei Seng Phua, is out of custody and does not have an objection to the brief extension.

…
…
…
…
…
…

3

## ORDER

**IT IS HEREBY ORDERED** that the Government shall be have to and including May 12, 2015 within which to file its Opposition to the Defendant's Motion to Suppress (Doc. # 480) and Motion for a Bill of Particulars (Doc. #478), and the Defendant shall have to and including May 19, 2015 to file a Reply to the Government's Opposition.

**IT IS FURTHER ORDERED** that all other deadlines and hearing dates shall stand.

**DATED** this 11th day of May, 2015.

_____
**HONORABLE ANDREW P. GORDON**
**UNITED STATES DISTRICT COURT JUDGE**