UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WEI SENG "PAUL" PHUA et al.,

    Defendants.

Case No. 2:14-cr-249 APG PAL

### ORDER

This matter came before the Court on June 1, 2015 for a status check. During that hearing, the government stated that it cannot proceed with the case against defendant Wei Seng Phua in light of my prior orders suppressing all evidence seized from Villas 8881, 8882, and 8888. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Superseding Indictment against defendant Wei Seng Phua is hereby **dismissed with prejudice**.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the bond securing Wei Seng Phua's pre-trial release is exonerated and all conditions of release are removed.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all property securing defendant Wei Seng Phua's bond, including the Gulfstream Aerospace model GV-SP (G550) aircraft bearing manufacturer's serial number 5344 and United States Registration No. N888XS along with the two aircraft engines, are released with no Court-imposed restrictions.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the $2,500,000 cash bail also securing defendant Wei Seng Phua's bond shall be returned to its true and legal owners.

/ / / /

/ / / /

/ / / /

/ / / /

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that defendant Wei Seng

2 Phua's passport shall be returned to Wei Seng Phua immediately.

3       Dated this 1st day of June, 2015.

_____
**ANDREW P. GORDON**
**UNITED STATES DISTRICT COURT JUDGE**