# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff<br><br>v.<br><br>WEI SENG PHUA,<br><br>　　　Defendant | Case No.: 2:14-cr-00249-APG-PAL<br><br>**Order Granting Unopposed Motion to Confirm Release of Lien**<br><br>[ECF No. 562] |

I ORDER that defendant Wei Seng Phua's motion to confirm release of lien **(ECF No. 562) is GRANTED**. The signed release and related Schedule 1 are attached to this order.

DATED this 11th day of December day of December, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

## EXHIBIT A

## RELEASE

The undersigned, The United States District Court for the District of Nevada, as secured party, hereby (i) terminates that certain **Security Agreement**, which is defined on Schedule 1 attached hereto, (ii) releases all collateral from the terms and conditions of the Security Agreement, including the aircraft and engines listed on Schedule 1 attached hereto and defined as the "**Equipment**," (iii) discharges any International Interests or assignments of International Interests registered in favor of the undersigned on the Cape Town International Registry arising under the Security Agreement, and (iv) disclaims all present right, title and interest in and to the Equipment.

Dated as of this 11th day of December, 2020

                                                The United States District Court for the
                                                District of Nevada, as secured party

By: _[signature]_

Name: Andrew Gordon

Title: U.S. District Judge

9

## SCHEDULE 1

### The Security Agreement

Aircraft Security Agreement (N888XS) dated as of July 21, 2014 between Bank of Utah, not in its individual capacity but solely as owner trustee ("**Owner Trustee**"), and The United States District Court for the District of Nevada (the "**Court**"), as secured party, with Irrevocable De-Registration and Export Request Authorization dated July 21, 2014 by the Owner Trustee in favor of the Court, as the authorized party, attached thereto, which documents were recorded by the Federal Aviation Administration as one instrument on August 22, 2014, and assigned Conveyance No. DJ014515.

### The Equipment

One (1) Gulfstream Aerospace model GV-SP (G550) aircraft bearing manufacturer's serial number 5344 and United States Registration No. N888XS (the "**Aircraft**")[1] and two (2) Rolls Royce model KGBR710-710C4-11 aircraft engines bearing manufacturer's serial numbers 15793 and 15794 (the "**Engines**")[2] (collectively the "**Equipment**")

---

[1] Described on the pre-populated drop down menu of the International Registry as a GULFSTREAM model Gulfstream GV-SP (G550) aircraft with manufacturer's serial number 5344.

[2] Described on the pre-populated drop down menu of the International Registry as ROLLS ROYCE model BR710 engines with manufacturer's serial numbers 15793 and 15794.

10